# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of January, two thousand twenty-five.

Victor Raul Zhirzhan-Coronel,

    Petitioner,

v.

James R. McHenry III, Acting Attorney General of the United States,

    Respondent.*

**ORDER**

Docket Nos. 19-803, 25-133

    By order dated December 7, 2022, the Court held the petition for review in 2d Cir. No. 19-803 in abeyance pending the Board of Immigration Appeals' decision on remand. On December 18, 2024, the Board of Immigration Appeals denied Petitioner's motion to reconsider, and on January 15, 2025, Petitioner filed a petition for review of the December 18, 2024 decision (2d Cir. No. 25-133). Upon consideration thereof,

    It is hereby ORDERED that 19-803 is lifted out of abeyance. It is further ORDERED that 25-133 is consolidated with 19-803.

    For the Court:
    Catherine O'Hagan Wolfe,
    Clerk of Court



---

*Pursuant to Federal Rule of Appellate Procedure 43(c)(2), Acting Attorney General James R. McHenry III is automatically substituted for former Attorney General Merrick B. Garland as Respondent.